# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Case No.: 19−50188 − RJK
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Cary Lee Deason
asf Minn−Tex Express, Inc., asf A2Z
Excavating, LLC, asf MTX Logistics, Inc.,
asf MTX Leasing, Inc.

11171 Town Hall St
Brainerd, MN 56401

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx−xx−3080

## NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 10/18/19 , or, for governmental units, within 180 days from the date of the Order for Relief or 10/18/19 , whichever is later. Proofs of claim can be filed electronically on the court's website: www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form (Official Form 410) can be obtained at the same website or at any bankruptcy clerk's office.

Dated: 7/16/19

        Lori Vosejpka
        Clerk, U.S. Bankruptcy Court
        404 U.S. Courthouse
        515 West First Street
        Duluth, MN 55802

        BY: admin
        Deputy Clerk

mnbflclm 10/14