# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

___

In re:                                                                            BKY No. 19-50188

Cary Lee Deason,                                              Chapter 7

        Debtor.

___

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY
___

1. Applicant J. Richard Stermer, is the Chapter 7 Trustee ("**Trustee**") in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist the Trustee in carrying out the Trustee's duties as follows: to assist the Trustee in liquidating and recovering nonexempt assets, Rule 2004 discovery and avoidance actions as needed.

3. Matthew R. Burton and Morrison Sund, PLLC, ("**MS**"), 5125 County Road 101, Suite 200, Minnetonka, MN 55345 is qualified by reason of practice and experience to render such representation or assistance to the Trustee.

4. Proposed compensation and reimbursement of expenses is: $90-$425 per hour plus expenses, subject to Court approval. The rate charged by Mr. Burton is $425 per hour.

5. Said professional has disclosed to the undersigned that he has the following connections with the debtor, creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except (a) J. Richard Stermer is the Trustee in this case; and (b) the Firm represents panel trustees in unrelated matters. Matthew Burton, when with his former firm, was involved in the bankruptcy case of MTX Leasing, Inc. (17-31169) which was an entity associated with the Debtor on behalf of Erik Ahlgren, Trustee.

6. No conflict of interest arises by the Firm's representation of the Trustee.

7. The Trustee has made the following efforts to recover assets prior to submitting this Application: obtained and reviewed documents regarding debtor's financial information related to the Debtor including his schedules conducted initial first meeting of creditors. Trustee believes it prudent to retain counsel now to assist in remaining avoidable transfers.

Wherefore, Applicant requests that the Court approve the employment of MS.

Dated: June 17, 2020                                  */e/ J. Richard Stermer*
                                                                         J. Richard Stermer, Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

_____

In re: BKY No. 19-50188

Cary Lee Deason, Chapter 7

      Debtor.
_____

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**
_____

      I, Matthew R. Burton and Morrison Sund, PLLC. ("**Firm**"), 5125 County Road 101, Suite 200, Minnetonka, MN 55345, named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

      1.    I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

      2.    Said professional has disclosed to the undersigned that he has the following connections with the debtor, creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except (a) J. Richard Stermer is the Trustee in this case; and (b) the Firm represents panel trustees in unrelated matters. Matthew Burton, when with his former firm, was involved in the bankruptcy case of MTX Leasing, Inc. (17-31169) which was an entity associated with the Debtor on behalf of Erik Ahlgren, Trustee.

      3.    No conflict of interest arises by the Firm's representation of the Trustee.

                        **MORRISON SUND PLLC**

Dated: June 17, 2020                  */e/ Matthew R. Burton*
                                        Matthew R. Burton (210018)
                                        5125 County Road 101, Suite 200
                                        Minnetonka, MN 55345
                                        P: (952) 975-0050; F: (952) 975-0058
                                        E: mburton@morrisonsund.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

___

In re:                                                                                                                                        BKY No. 19-50188

Cary Lee Deason,                                                                                                        Chapter 7

    Debtor.

___

**ORDER**

___

The trustee's application to approve the employment of Morrison Sund, PLLC. as the trustee's attorneys came before the court.

Based on the application, the recommendation of the United States Trustee and 11 U.S.C. §327,

IT IS ORDERED: the employment is approved.

Dated:

                                                    _____
                                                    Robert J. Kressel
                                                    United States Bankruptcy Judge