UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                              Chapter 7

Cary Lee Deason,                                                    BKY No. 19-50188
                   Debtor.

---

## **AMENDED NOTICE OF SETTLEMENT**

To:    The United States Trustee, all creditors and other parties in interest.

On **February 11,  2022**,  or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will settle a controversy as follows:

This Chapter 7 case was filed on March 12, 2019.  J. Richard Stermer is the bankruptcy trustee appointed in this case.   This notice amends the Notice of Settlement, dated February 8, 2021, Docket #32.

The Debtor and the Trustee entered into a Settlement Agreement pertaining to the issues related to avoidance actions which could be asserted by the Trustee in this case, as well as to liquidate property of the bankruptcy estate.   The Settlement Agreement included a payment from Debtor in the amount of $135,000 to be paid on or before March 15, 2021, with an agreement for payment of up to $150,000 to be paid if the March 15, 2021 deadline was not met.   The debtor made partial payment on the settlement on or about March 19, 2021, with promise to pay the remaining balance shortly thereafter.   Prior to March 15, 2021, the debtor requested an extension of time and the Trustee agreed to the extension with the condition that an  additional consideration of  $2,000 would be paid on the settlement due to the delay in payment.   The Trustee believes that there will not be any tax consequences to the estate from this settlement.  The Trustee believes that this Amended Settlement is in the best interest of the bankruptcy estate.

**OBJECTION: MOTION:: HEARING**.  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate.  If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 404 U.S. Courthouse | 300 So. 4th St. | |
| 515 West First Street | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: January 21, 2022                               */e/ J. Richard Stermer*
                                                J. Richard Stermer, Trustee
                                                P. O. Box 514
                                                Montevideo, MN 56265
                                                Telephone: (320) 269-6491
                                                rstermer@stermerlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
DULUTH DIVISION

| | |
|---|---|
| IN RE:<br><br>CARY LEE DEASON | CASE NO: 19-50188<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 7 |

On 1/21/2022, I did cause a copy of the following documents, described below,

AMENDED NOTICE OF SETTLEMENT

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/21/2022

/s/ J. Richard Stermer
J. Richard Stermer  216811
Chapter 7 Panel Trustee
Stermer & Sellner  Chartered
102 N. Parkway Drive, PO Box 514
Montevideo, MN  56265

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
DULUTH DIVISION

IN RE:

CARY LEE DEASON

CASE NO: 19-50188

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7

On 1/21/2022, a copy of the following documents, described below,

AMENDED NOTICE OF SETTLEMENT

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/21/2022

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
J. Richard Stermer
Stermer & Sellner  Chartered
102 N. Parkway Drive, PO Box 514
Montevideo, MN  56265

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
08645
CASE 19-50188
DISTRICT OF MINNESOTA
DULUTH
FRI JAN 21 13-58-43 CST 2022

KLC FINANCIAL INC
CO DENNIS A DRESSLER
DRESSLER PETERS LLC
70 W HUBBARD ST
SUITE 200
CHICAGO IL 60654-5677

EXCLUDE

DULUTH
404 GERALD W HEANEY FEDERAL BUILDING
AND US COURTHOUSE AND CUSTOMHOUSE
515 WEST FIRST STREET
DULUTH MN 55802-1302

AR AUDIT SERVICES
PO BOX 6177
BISMARCK ND 58506-6177

AARON BRYANT STEWART  CROSS
3189 PRINCETON RD
SUITE 217
HAMILTON OH 45011-5338

AFFINITY PLUS FEDERAL CREDIT UNION
ATTN BANKRUPTCY DEPARTMENT
175 W LAFAYETTE FRONTAGE ROAD
SAINT PAUL MN 55107-1400

ALLTRAN HEALTH
PO BOX 519
SAUK RAPIDS MN 56379-0519

AMERICAN NATIONAL BANK
1920 SOUTH 6TH ST
BRAINERD MN 56401-4527

BMO HARRIS
ATTN BANKRUPTCY
770 N WATER ST
MILWAUKEE WI 53202-0002

BMO HARRIS BANK NA
3925 FOUNTAINS DR NE
CEDAR RAPIDS IA 52411-6619

BANKAMERICA
PO BOX 982238
EL PASO TX 79998-2238

BK OF AMER
PO BOX 982238
EL PASO TX 79998-2238

BLACKRIDGE BANK
14084 BAXTER DRIVE
STE 16
BAXTER MN 56425-3202

BLETHEN BERENS
100 WARREN STREET
SUITE 400
MANKATO MN 56001-3760

BORDEN STEINBAUER KRUEGER  KN
302 S 6TH ST
PO BOX 411
BRAINERD MN 56401-0411

BULLSEYE FINANCIAL
35 LAKE ST S STE 100
BIG LAKE MN 55309-3317

CCG COMMERCIAL CREDIT GROUP
227 WEST TRADE SECRET
STE 1450
CHARLOTTE NC 28202

CHI ST GABRIELS HEALTH
2653 SOLUTION CENTER
CHICAGO IL 60677-2006

CNH INDUSTRIAL CAPITAL
PO BOX 71264
PHILADELPHIA PA 19176-6264

CAP1BSTBY
50 NORTHWEST POINT ROAD
ELK GROVE VILLAGE IL 60007-1032

CAPITAL ONE
PO BOX 5241
CAROL STREAM IL 60197-5241

CAPITAL ONE BANK USA NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CAPITAL ONE SERVICES
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITALONE
15000 CAPITAL ONE DR
RICHMOND VA 23238-1119

CENTRACARE
1406 AVE N
SAINT CLOUD MN 56303

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CITI
PO BOX 790040
SAINT LOUIS MO 63179-0040

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

COMMERCIAL CREDIT GROUP INC
525 N TRYON STREET
STE 1000
CHARLOTTE NC 28202-0210

CREDIT CONTROL LLC
PO BOX 546
HAZELWOOD MO 63042-0546

CRUST CPA
11000 CO RD 44
BRAINERD MN 56401-6553

CUTUNA REGIONAL MEDICAL CENTER
320 E MAIN ST
CROSBY MN 56441-1690

ESSENTIA HEALTH
523 NORTH 3RD STREET
BRAINERD MN 56401-3054

ESSENTIAL HEALTH
PO BOX 64618
ST PAUL MN 55164-0618

FAMILY MEDICAL CENTER
811 SE 2ND ST SUITE A
LITTLE FALLS MN 56345-3558

FRONTLINE ASSET STRATEGIES
2700 SNELLING AVE N
SUITE 250
SAINT PAUL MN 55113-1783

GC SERVICES
PO BOX 3855
HOUSTON TX 77253-3855

GLASSMAN LAW FIRM
222 SOUTH 9TH STREET
SUITE 1600
MINNEAPOLIS MN 55402-3382

I C SYSTEM INC
PO BOX 64378
SAINT PAUL MN 55164-0378

IC SYSTEMS INC
PO BOX 64437
SAINT PAUL MN 55164-0437

IC SYSTEM
PO BOX 64437
SAINT PAUL MN 55164-0437

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

JACOB T SHERLOCK
BLETHEN BERENS
100 WARREN ST
SUITE 400
MANKATO MN 56001-3760

KLC FINANCIAL
3514 COUNTY RD 101
MINNETONKA MN 55345-1018

LVNV FUNDING LLC
CO RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LAWRENCE CUMPSTON ASSOCIATES PLLP
ATTN MATT ANDERSON
60 PLATO BLVD E
STE 310
SAINT PAUL MN 55107-1832

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE SC 29602-1269

MN DEPT OF LABOR AND INDUSTRY
FINANCIAL SERVICES OFFICE
443 LAFAYETTE ROAD
SAINT PAUL MN 55155-4300

MESSERLI KRAMER
3033 CAMPUS DRIVE
SUITE 250
PLYMOUTH MN 55441-2662

NATIONSTARMR COOPER
350 HIGHLAND
HOUSTON TX 77009-6623

NORTHVIEW BANK
200 1ST STREET EAST
PARK RAPIDS MN 56470-1613

PSB
911 LUND BLVD SUITE 100
PO BOX 548
ANOKA MN 55303-0548

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

RIVERVIEW LAW OFFICE PLLC
PO BOX 570
SAUK RAPIDS MN 56379-0570

RODENBURG LAW FIRM
1004 EAST CENTRAL AVE
PO BOX 4127
BISMARCK ND 58502-4127

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

SHERMAN ORIGINATOR III LLC
PO BOX 10497
GREENVILLE SC 29603-0497

SIMM ASSOCIATES
PO BOX 7526
NEWARK DE 19714-7526

SLEEP CENTER CENTRAL MN
13495 ELDER DR S 110
BAXTER MN 56425-8764

ST GABRIELS HEALTH
2653 SOLUTION CENTER
CHICAGO IL 60677-0001

STACY DEASON
11171 TOWN HALL STREET
BRAINERD MN 56401-4999

THDCBNA
PO BOX 6497
SIOUX FALLS SD 57117-6497

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

EXCLUDE
US TRUSTEE
1015 US COURTHOUSE
300 S 4TH ST
MINNEAPOLIS MN 55415-3070

UNITED DIRECT FINANCE INC
701 S 4TH AVE 500
MINNEAPOLIS MN 55415-1810

WEST BAY LEASING SERVICES
461 COMMERCE STREET
LAKE CRYSTAL MN 56055-4589

DEBTOR
CARY LEE DEASON
11171 TOWN HALL ST
BRAINERD MN 56401-4999

CHERYL WESLER
TIBBLE  WESLER CPA PC
2813 W MAIN STREET
KALAMAZOO MI 49006-2901

EXCLUDE
J RICHARD STERMER
STERMER  SELLNER CHTD
102 PARKWAY DRIVE
PO BOX 514
MONTEVIDEO MN 56265-0514

SAMUEL V CALVERT
MR
1268 13TH AV N
ST CLOUD MN 56303-2607

EXCLUDE
WILLIAM P KAIN
KAIN  HENEHAN LLC
703 WEST ST GERMAIN STREET
PO BOX 1537
SAINT CLOUD MN 56302-1537

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Accountant)
Cheryl Wesler
Tibble & Wesler, CPA PC
2813 W. Main Street
Kalamazoo, MI 49006

(U.S. Trustee)
US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415

ustpregion12.mn.ecf@usdoj.gov

J. Richard Stermer
Stermer & Sellner, Chtd.
102 Parkway Drive
PO Box 514
Montevideo, MN 56265

rstermer@stermerlaw.com

Morrison Sund PLLC
5125 County Road 101
Suite 200
Minnetonka, MN 55345

(Trustee)
J. Richard Stermer
Stermer & Sellner, Chtd.
102 Parkway Drive
PO Box 514
Montevideo, MN 56265
represented by:
Matthew R. Burton
Morrison Sund, PLLC
5125 County Road 101
Suite 200
Minnetonka, MN 55345

mburton@morrisonsund.com

(Interested Party)
KLC Financial, Inc.
c/o Dennis A. Dressler
Dressler Peters, LLC
70 W. Hubbard St.
Suite 200
Chicago, IL 60654
represented by:
Dennis A. Dressler
Dressler & Peters, LLC
70 W Hubbard Street
Suite 200
Chicago, IL 60654

ddressler@dresslerpeters.com

Cary Lee Deason
11171 Town Hall St
Brainerd, MN 56401
(Debtor 1)
represented by:
William P. Kain
Kain & Henehan, LLC
703 West St. Germain Street
PO Box 1537
Saint Cloud, MN 56302

bill@kainhenehan.com

(Interested Party)
SAMUEL V CALVERT
Mr.
1268 13th AV N
St Cloud, MN 56303
represented by:
Sam Calvert
Sam V. Calvert PA
1011 2nd St N
Suite 107
St. Cloud, MN 56303

calcloud@gmail.com

(Creditor)
BMO Harris Bank N.A.
represented by:
Aaron B. Chapin
Husch Blackwell LLP
120 South Riverside Plaza
Ste 2200
Chicago, IL 60606

aaron.chapin@huschblackwell.com