# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## DULUTH DIVISION

In re: DEASON, CARY LEE      §    Case No. 19-50188-WJF

§

§

Debtor(s)                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

J. Richard Stermer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $123,285.00 <br> *(without deducting any secured claims)* | Assets Exempt: $25,537.50 |
| Total Distribution to Claimants:$93,304.06 | Claims Discharged <br> Without Payment: $436,313.43 |
| Total Expenses of Administration:$78,695.94 | |

3) Total gross receipts of $ 172,000.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $172,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,631,815.95 | $1,188,998.03 | $1,188,998.03 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 78,695.94 | 78,695.94 | 78,695.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,238.04 | 6,238.04 | 6,238.04 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 442,276.22 | 319,421.26 | 319,421.26 | 87,066.02 |
| **TOTAL DISBURSEMENTS** | $2,074,092.17 | $1,593,353.27 | $1,593,353.27 | $172,000.00 |

4)  This case was originally filed under Chapter 7 on March 12, 2019. The case was pending for 38 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/13/2022          By: /s/J. Richard Stermer
                          Trustee, Bar No.: 216811


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 28871 183rd Street, Pierz, MN 56364-0000, Morris | 1110-000 | 39,000.00 |
| Laurel Street, LLC: This is an LLC | 1129-000 | 10,000.00 |
| 2C Farms Properties, LLC: This is an LLC | 1129-000 | 35,000.00 |
| You Are Not Alone, LLC; This is a start-up drug | 1129-000 | 5,000.00 |
| You Are Home, LLC; This is a start-up business | 1129-000 | 5,000.00 |
| A2Z Excavating, LLC. This is an excavating | 1129-000 | 5,000.00 |
| County Road 139, LLC. This is an LLC that was fo | 1129-000 | 10,000.00 |
| Unscheduled Real Estate | 1210-000 | 31,530.00 |
| Unscheduled Business / Brainerd Boulders Supply | 1229-000 | 31,470.00 |
| **TOTAL GROSS RECEIPTS** | | **$172,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | None | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | West Bay Leasing Services | 4110-000 | 1,070,773.95 | 1,188,998.03 | 1,188,998.03 | 0.00 |
| NOTFILED | Nationstar/mr. Cooper | 4110-000 | 25,060.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationstar/mr. Cooper | 4110-000 | 116,366.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Mtg | 4110-000 | 192,395.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Blackridge Bank | 4110-000 | 227,221.00 | N/A | N/A | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $1,631,815.95 | $1,188,998.03 | $1,188,998.03 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - J. Richard Stermer | 2100-000 | N/A | 11,850.00 | 11,850.00 | 11,850.00 |
| Trustee Expenses - J. Richard Stermer | 2200-000 | N/A | 546.40 | 546.40 | 546.40 |
| Other - MORRISON SUND PLLC | 3210-000 | N/A | 63,220.65 | 63,220.65 | 63,220.65 |
| Other - MORRISON SUND PLLC | 3220-000 | N/A | 673.00 | 673.00 | 673.00 |
| Other - WESLER & ASSOCIATES CPA PC | 3410-000 | N/A | 750.00 | 750.00 | 750.00 |
| Other - WESLER & ASSOCIATES CPA PC | 3420-000 | N/A | 205.28 | 205.28 | 205.28 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 41.12 | 41.12 | 41.12 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 138.85 | 138.85 | 138.85 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 44.96 | 44.96 | 44.96 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 204.66 | 204.66 | 204.66 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 144.96 | 144.96 | 144.96 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 172.34 | 172.34 | 172.34 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 183.53 | 183.53 | 183.53 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 171.77 | 171.77 | 171.77 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 165.78 | 165.78 | 165.78 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 182.64 | 182.64 | 182.64 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $78,695.94 | $78,695.94 | $78,695.94 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Internal Revenue Service | 5800-000 | N/A | 6,238.04 | 6,238.04 | 6,238.04 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $6,238.04 | $6,238.04 | $6,238.04 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | BMO Harris Bank N.A | 7100-000 | 140,721.83 | 140,721.83 | 140,721.83 | 38,357.15 |
| 2U | Internal Revenue Service | 7100-000 | N/A | 713.60 | 713.60 | 194.51 |
| 3 | U.S. Bank National Association | 7100-000 | 0.00 | 7,905.17 | 7,905.17 | 2,154.75 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | 14,704.03 | 17,555.71 | 17,555.71 | 4,785.24 |
| 5 | Essential Health | 7100-000 | 0.00 | 1,607.80 | 1,607.80 | 438.24 |
| 6 | Commercial Credit Group Inc. | 7100-000 | 0.00 | 107,131.91 | 107,131.91 | 29,201.40 |
| 7 | CentraCare | 7100-000 | 915.10 | 915.10 | 915.10 | 249.43 |
| 8 | KLC Financial, Inc. | 7100-000 | 74,550.00 | 29,313.87 | 29,313.87 | 7,990.21 |
| 9 | LVNV Funding, LLC | 7100-000 | 4,950.07 | 4,950.07 | 4,950.07 | 1,349.26 |
| 10 | Portfolio Recovery Associates, LLC | 7100-000 | 0.00 | 6,116.34 | 6,116.34 | 1,667.16 |
| 11 | Affinity Plus FCU | 7100-000 | 2,477.00 | 2,489.86 | 2,489.86 | 678.67 |
| NOTFILED | MN Dept of Labor and Industry | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding Lie | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Family Medical Center | 7100-000 | 175.50 | N/A | N/A | 0.00 |
| NOTFILED | Cutuna Regional Medical Center | 7100-000 | 157.53 | N/A | N/A | 0.00 |
| NOTFILED | GC Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | I.C. Systems, Inc | 7100-000 | 267.00 | N/A | N/A | 0.00 |
| NOTFILED | IC SYSTEM INC | 7100-000 | 104.00 | N/A | N/A | 0.00 |
| NOTFILED | Lawrence Cumpston & Associates | 7100-000 | 2,429.04 | N/A | N/A | 0.00 |
| NOTFILED | 1C System | 7100-000 | 915.10 | N/A | N/A | 0.00 |
| NOTFILED | Crust CPA | 7100-000 | 1,055.75 | N/A | N/A | 0.00 |
| NOTFILED | Northview Bank | 7100-000 | 120,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Stacy Deason | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | United Direct Finance Inc | 7100-000 | 9,190.00 | N/A | N/A | 0.00 |
| NOTFILED | Thd/cbna | 7100-000 | 393.00 | N/A | N/A | 0.00 |
| NOTFILED | Sleep Center-Central MN | 7100-000 | 104.00 | N/A | N/A | 0.00 |
| NOTFILED | Rodenburg Law Firm | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Simm Associates | 7100-000 | 10,018.53 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recovery Associates | 7100-000 | 8,023.08 | N/A | N/A | 0.00 |
| NOTFILED | Riverview Law Office, PLLC | 7100-000 | 1,414.71 | N/A | N/A | 0.00 |
| NOTFILED | PSB | 7100-000 | 157.53 | N/A | N/A | 0.00 |
| NOTFILED | CNH Industrial Capital | 7100-000 | 11,032.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 7100-000 | 836.00 | N/A | N/A | 0.00 |
| NOTFILED | Alltran Health | 7100-000 | 270.23 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Services | 7100-000 | 4,368.07 | N/A | N/A | 0.00 |
| NOTFILED | Chase Freedom | 7100-000 | 5,049.62 | N/A | N/A | 0.00 |
| NOTFILED | Capitalone | 7100-000 | 3,565.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/bstby | 7100-000 | 345.00 | N/A | N/A | 0.00 |
| NOTFILED | Borden Steinbauer Krueger & Kn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American National Bank | 7100-000 | 9,734.00 | N/A | N/A | 0.00 |
| NOTFILED | Bankamerica | 7100-000 | 12,143.00 | N/A | N/A | 0.00 |
| NOTFILED | AR Audit Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CHI St. Gabriel's Health | 7100-000 | 175.50 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $442,276.22 | $319,421.26 | $319,421.26 | $87,066.02 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-50188-WJF  
**Case Name:** DEASON, CARY LEE  

**Period Ending:** 05/13/22

**Trustee:** (430200) J. Richard Stermer  
**Filed (f) or Converted (c):** 03/12/19 (f)  
**§341(a) Meeting Date:** 05/15/19  
**Claims Bar Date:** 10/18/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 11171 Town Hall St, Brainerd, MN 56401 Crow Wing<br>  Debtor's Residence: Homestead Real Property<br>(Joint Tenant W Right of Survivor) Full Value is<br>$230,000<br>Legally Described as: SEE ATTACHED EXHIBIT A &<br>ATTACHED EXHIBIT B<br>Value based on property tax estimated market value.<br>The property includes an adjoining lot. | 115,000.00 | 0.00 | | 0.00 | FA |
| 2 | 28871 183rd Street, Pierz, MN 56364-0000, Morris<br>  Non-homestead Real Property  Legally Described<br>As: SEE ATTACHED EXHIBIT C<br>Rental Property  (Joint Tenant) | 39,000.00 | 19,500.00 | | 39,000.00 | FA |
| 3 | 2004 Toyota 4 Runner, Daughter's Vehicle; Salvag | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | 1990's Skid/Utility Trailer, Double axel open | 200.00 | 0.00 | | 0.00 | FA |
| 5 | 1999 Ford F150. Entire property value: $400.00 | 200.00 | 0.00 | | 0.00 | FA |
| 6 | 2010 Mazda CX9, 130,000 miles. | 3,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2003 Polaris Vertical Escape, Son Purchased. | 250.00 | 0.00 | | 0.00 | FA |
| 8 | 2001 Polaris RMK. | 150.00 | 0.00 | | 0.00 | FA |
| 9 | 2011 Ski Doo GSX, Parts snowmobile-was totalled | 900.00 | 0.00 | | 0.00 | FA |
| 10 | Household Goods, Furnishings, Major and Minor Ap | 750.00 | 0.00 | | 0.00 | FA |
| 11 | Electronics-Three TV's, 6 Cell Phones, Desktop | 150.00 | 0.00 | | 0.00 | FA |
| 12 | Push Lawnmower, Shovels, Rakes, Misc. Hand & Pow | 500.00 | 0.00 | | 0.00 | FA |
| 13 | Books & Pictures | 25.00 | 0.00 | | 0.00 | FA |
| 14 | Golf Clubs, Fishing Rods | 100.00 | 0.00 | | 0.00 | FA |
| 15 | 380 Pistol, 40 Caliber Pistol, Two 243 Caliber S | 300.00 | 0.00 | | 0.00 | FA |
| 16 | Clothing | 150.00 | 0.00 | | 0.00 | FA |
| 17 | Wedding Band ($40), Cross Necklace ($10) | 50.00 | 0.00 | | 0.00 | FA |
| 18 | Two Dogs "Sophie" and "Boe" | 10.00 | 0.00 | | 0.00 | FA |
| 19 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 20 | Checking: Affinity Plus ($5452) | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-50188-WJF  
**Case Name:** DEASON, CARY LEE  

**Period Ending:** 05/13/22

**Trustee:** (430200) J. Richard Stermer  
**Filed (f) or Converted (c):** 03/12/19 (f)  
**§341(a) Meeting Date:** 05/15/19  
**Claims Bar Date:** 10/18/19

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21 | Savings: Affinity Plus | 0.00 | 0.00 | | 0.00 | FA |
| 22 | County Road 139, LLC; This is an LLC that was fo County Road 139, LLC; This is an LLC that was formed in 2011 to hold real estate. No real estate was ever transferred into the LLC. The LLC has no assets and no liabilities. 50 % | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Laurel Street, LLC: This is an LLC that was formed in 2018 that holds real estate located at 1712 Laurel Street SE, Brainerd, MN. The property value is $75,800; The mortgage against the property has a balance of $46,576.  Owns:50 % | 14,612.00 | 10,000.00 | | 10,000.00 | FA |
| 24 | 2C Farms Properties, LLC: This is an LLC 2C Farms Properties, LLC: This is an LLC that was formed in 2018. Cary has a 20% interest; his sister Chanda Egge holds an 80% interest. The LLC owns 400 acres of farm land located at 432 State Hwy 25, Pierz, MN. The value of the real estate is $836,000. The property is subject to two mortgages, one with a $466,000 balance; one with a $100,000 balance. | 54,000.00 | 20,500.00 | | 35,000.00 | FA |
| 25 | You Are Not Alone, LLC; This is a start-up drug and alcohol treatment program business that is not yet operating. The business has no assets or liabilities.  50 % ownership | 0.00 | 0.00 | | 5,000.00 | FA |
| 26 | You Are Home, LLC; This is a start-up business that is affiliated with You Are Not Alone, LLC. The purpose of this LLC is to own housing for the treatment program patients. The business owns no assets and has no liabilities. 50 % ownership | 0.00 | 0.00 | | 5,000.00 | FA |
| 27 | A2Z Excavating, LLC. This is an excavating business that Cary founded in 2005. Business was minimal and the LLC was administratively closed. Cary's non-filing spouse re-registered the business in 2017 and is the sole member of the LLC. Listed for informational purposes only. | 0.00 | 0.00 | | 5,000.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-50188-WJF
**Case Name:** DEASON, CARY LEE

**Period Ending:** 05/13/22

**Trustee:** (430200) J. Richard Stermer
**Filed (f) or Converted (c):** 03/12/19 (f)
**§341(a) Meeting Date:** 05/15/19
**Claims Bar Date:** 10/18/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | Minn-Tex Express, Inc. This was a Trading Company; The company is no longer in business. The only asset remaining in the business is a promissory note from Amy Karjala to the business for $150,000. Cary believes the note is at least partially collectible. 2 % ownership | Unknown | 5,000.00 | | 0.00 | FA |
| 29 | County Road 139, LLC. This is an LLC that was formed in 2011 that holds real estate located at 14665 County Road 139, Pierz, MN. The estimated market value of the property is $139,000; there is a mortgage against the property with a $111,264 balance. 50 % ownership | 13,868.00 | 10,000.00 | | 10,000.00 | FA |
| 30 | CDL | 0.00 | 0.00 | | 0.00 | FA |
| 31 | Anticipated 2018 State & Federal Tax Refund: Fed | Unknown | 0.00 | | 0.00 | FA |
| 32 | Yes. Name the insurance company of each policy a none - asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 33 | Non-filing spouse owns a checking and savings accounts, retirement account, clothing, jewelry, a 1984 International Dump Truck, a 1981 Pontiac Trans Am, a Skid Steer Trailer, a 1995 John Deere Excavator and rental real estate LLC's (The LLC's are 523 Grove Street, LLC and 6th Street, LLC) and other miscellaneous personal property. Not part of the bankruptcy estate. Listed for informational purposes only. | 0.00 | 0.00 | | 0.00 | FA |
| 34 | Unscheduled Real Estate (u)<br>See Notice of Settlement Doc 32 | 30,000.00 | 30,000.00 | | 31,530.00 | FA |
| 35 | Unscheduled Business / Brainerd Boulders Supply (u)<br>See Notice of Settlement Doc 32 | 30,000.00 | 30,000.00 | | 31,470.00 | FA |
| 35 | **Assets** Totals (Excluding unknown values) | **$304,765.00** | **$125,000.00** | | **$172,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

10/01/21 checking with a CPA to see if we need a tax return  - still need debtor's 2018 tax returns  (Recd)

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-50188-WJF  
**Case Name:** DEASON, CARY LEE  

**Period Ending:** 05/13/22

**Trustee:** (430200) J. Richard Stermer  
**Filed (f) or Converted (c):** 03/12/19 (f)  
**§341(a) Meeting Date:** 05/15/19  
**Claims Bar Date:** 10/18/19

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

04/29/21 Filed Notice of Settlement Doc 35 ($35,000) re 2C Properties and Chanda Egge (ADV 20-5027)

02/09/21 Notice of Settlement Filed Doc 32 ($135,000 or $150,000 depending on payment dates)

11/16/20 Notice of Settlement filed with Westbay and Objections filed after this by BMO Harris and Chanda Egge and 2C Properties.

09/18/20 Notice of Settlement with Debtor - Stacy Deason (spouse) - and CR 139 LLC - regarding liquidation of properties (sale) and realized income.

06/22/20 Hired Matt Burton as attorney

03/23/20 Waiting for 2018 and 2019 tax returns from Debtor.

03/23/20 Attempting to have BMO Harris release their Judgment against the real estate so that may be sold.

12/10/19  Offer of Settlement for $65,000 for all non exempt property and equity.

**Initial Projected Date Of Final Report (TFR):**  October 18, 2019     **Current Projected Date Of Final Report (TFR):**  December 20, 2021  (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 19-50188-WJF  
**Case Name:** DEASON, CARY LEE  

**Taxpayer ID #:** **-***1065  
**Period Ending:** 05/13/22  

**Trustee:** J. Richard Stermer (430200)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******1068 - Checking Account  
**Blanket Bond:** $28,878,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/19/21 | | Cary Deason | Partial payment on settlement with the Debtor. | | | 85,530.00 | | 85,530.00 |
| | {2} | | 18871 - 183rd St, PIERZ, MN | 39,000.00 | 1110-000 | | | 85,530.00 |
| | {23} | | Laurel Street LLC | 10,000.00 | 1129-000 | | | 85,530.00 |
| | {25} | | You Are Not Alone LLC | 5,000.00 | 1129-000 | | | 85,530.00 |
| | {26} | | You Are Home LLC | 5,000.00 | 1129-000 | | | 85,530.00 |
| | {27} | | A2Z Excavating LLC | 5,000.00 | 1129-000 | | | 85,530.00 |
| | {29} | | County Road 139 LLC | 10,000.00 | 1129-000 | | | 85,530.00 |
| | {34} | | unscheduled real property | 6,530.00 | 1210-000 | | | 85,530.00 |
| | {35} | | Brainerd Boulder Supply and Design | 5,000.00 | 1229-000 | | | 85,530.00 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 41.12 | 85,488.88 |
| 04/26/21 | {35} | Doug Wheeler Appraisals, Inc., for Cary Deason | unscheduled business / Brainerd Boulders Supply | | 1229-000 | 11,470.00 | | 96,958.88 |
| 04/29/21 | | Kain & Scott, P.A. | Payment on settlement | | | 40,000.00 | | 136,958.88 |
| | {34} | | unscheduled real estate | 25,000.00 | 1210-000 | | | 136,958.88 |
| | {35} | | unscheduled business interests | 15,000.00 | 1229-000 | | | 136,958.88 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 138.85 | 136,820.03 |
| 05/24/21 | 101 | MORRISON SUND PLLC | Paid per Order Allowing Interim Compensation Doc 38 | | 3210-000 | | 63,220.65 | 73,599.38 |
| 05/24/21 | 102 | MORRISON SUND PLLC | Paid per Order Allowing Interim Compensation Doc 38 | | 3220-000 | | 673.00 | 72,926.38 |
| 05/25/21 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/25/2021 FOR CASE #19-50188, Bond # 016018054 | | 2300-000 | | 44.96 | 72,881.42 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 204.66 | 72,676.76 |
| 06/18/21 | {24} | 2C Properties, LLC, Larson Abstract Co., Inc. | Payment in full of settlement , Doc. No. 35 | | 1129-000 | 35,000.00 | | 107,676.76 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 144.96 | 107,531.80 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 172.34 | 107,359.46 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 183.53 | 107,175.93 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 171.77 | 107,004.16 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 165.78 | 106,838.38 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 182.64 | 106,655.74 |
| 02/16/22 | 104 | J. Richard Stermer | Dividend paid 100.00% on $546.40, Trustee Expenses; Reference: | | 2200-000 | | 546.40 | 106,109.34 |

Subtotals : $172,000.00 $65,890.66

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 19-50188-WJF
**Case Name:** DEASON, CARY LEE

**Taxpayer ID #:** **-***1065
**Period Ending:** 05/13/22

**Trustee:** J. Richard Stermer (430200)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******1068 - Checking Account
**Blanket Bond:** $28,878,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/16/22 | 105 | J. Richard Stermer | Dividend paid 100.00% on $11,850.00, Trustee Compensation; Reference: | 2100-000 | | 11,850.00 | 94,259.34 |
| 02/16/22 | 106 | WESLER & ASSOCIATES CPA PC | Dividend paid 100.00% on $750.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 750.00 | 93,509.34 |
| 02/16/22 | 107 | WESLER & ASSOCIATES CPA PC | Dividend paid 100.00% on $205.28, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 205.28 | 93,304.06 |
| 02/16/22 | 108 | Internal Revenue Service | Dividend paid 100.00% on $6,238.04; Claim# 2P; Filed: $6,238.04; Reference: | 5800-000 | | 6,238.04 | 87,066.02 |
| 02/16/22 | 109 | BMO Harris Bank N.A | Dividend paid 27.25% on $140,721.83; Claim# 1 -2; Filed: $140,721.83; Reference: 1506 | 7100-000 | | 38,357.15 | 48,708.87 |
| 02/16/22 | 110 | Internal Revenue Service | Dividend paid 27.25% on $713.60; Claim# 2U; Filed: $713.60; Reference: | 7100-000 | | 194.51 | 48,514.36 |
| 02/16/22 | 111 | U.S. Bank National Association | Dividend paid 27.25% on $7,905.17; Claim# 3; Filed: $7,905.17; Reference: 3894 | 7100-000 | | 2,154.75 | 46,359.61 |
| 02/16/22 | 112 | Capital One Bank (USA), N.A. | Dividend paid 27.25% on $17,555.71; Claim# 4; Filed: $17,555.71; Reference: 1145 | 7100-000 | | 4,785.24 | 41,574.37 |
| 02/16/22 | 113 | Essential Health | Dividend paid 27.25% on $1,607.80; Claim# 5; Filed: $1,607.80; Reference: 3080 | 7100-000 | | 438.24 | 41,136.13 |
| 02/16/22 | 114 | Commercial Credit Group Inc. | Dividend paid 27.25% on $107,131.91; Claim# 6; Filed: $107,131.91; Reference: | 7100-000 | | 29,201.40 | 11,934.73 |
| 02/16/22 | 115 | CentraCare | Dividend paid 27.25% on $915.10; Claim# 7; Filed: $915.10; Reference: 3080 | 7100-000 | | 249.43 | 11,685.30 |
| 02/16/22 | 116 | KLC Financial, Inc. | Dividend paid 27.25% on $29,313.87; Claim# 8; Filed: $29,313.87; Reference: | 7100-000 | | 7,990.21 | 3,695.09 |
| 02/16/22 | 117 | LVNV Funding, LLC | Dividend paid 27.25% on $4,950.07; Claim# 9; Filed: $4,950.07; Reference: 7881 MENARDS JUDGMENT | 7100-000 | | 1,349.26 | 2,345.83 |
| 02/16/22 | 118 | Portfolio Recovery Associates, LLC | Dividend paid 27.25% on $6,116.34; Claim# 10; Filed: $6,116.34; Reference: 8914 CITIBANK | 7100-000 | | 1,667.16 | 678.67 |
| 02/16/22 | 119 | Affinity Plus FCU | Dividend paid 27.25% on $2,489.86; Claim# 11; Filed: $2,489.86; Reference: L700 | 7100-000 | | 678.67 | 0.00 |

Subtotals : $0.00 $106,109.34

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 19-50188-WJF  
**Case Name:** DEASON, CARY LEE

**Taxpayer ID #:** **-***1065  
**Period Ending:** 05/13/22

**Trustee:** J. Richard Stermer (430200)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******1068 - Checking Account  
**Blanket Bond:** $28,878,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 172,000.00 | 172,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 172,000.00 | 172,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $172,000.00 | $172,000.00 | |

| Net Receipts : | 172,000.00 |
|---|---|
| Net Estate : | $172,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1068** | 172,000.00 | 172,000.00 | 0.00 |
| | $172,000.00 | $172,000.00 | $0.00 |